# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC Number | County | Date Rec. by GDOT |
|---|---|---|---|
| C000634436-01 | GAGSP0000 | HALL | |

| Estimated Crash | | Dispatch | | Arrival | | Total Number of | | | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time | Vehicles | Injuries | Fatalities | |
| 05/01/19 | 21:35 | 05/01/19 | 21:42 | 05/01/19 | 21:57 | 2 | 1 | 0 | |

**Road of Occurrence:** I-985 NB
**At Its Intersection With:** _____
**Not At Its Intersection But:** 1000 ☐ Miles ☒ Feet ☐ North ☒ South ☐ East ☐ West **Of** SR 347

☐ Corrected Report
☐ Sup To Original
☐ Hit And Run?

**Latitude (Y):** 34.13646
**Longitude (X):** -83.95382

## Unit #1
☒ Driver ☐ Ped ☐ Bike
**LAST NAME:** RAVEN  **FIRST:** THOMAS  **MIDDLE:** AVERY
Address: [redacted]
☒ Susp At Fault
**City:** FLOWERY BR  **State:** GA  **Zip:** 30542  **DOB:** [redacted]/1957
**Driver's License No.:** [redacted]  **Class:** C  **State:** GA  **Country:** UNITED STATES
**Insurance Co.:** SAFEWAY INSURANCE  **Policy No.:** 3099745-GA-PP-001  **Telephone No.:**
**Year:** 2017  **Make:** KIA  **Model:** FORTE LX
**VIN:** 3KPFK4A70HE142424  **Vehicle Color:** BLU
**Tag #:** RHU3175  **State:** GA  **County:** HALL  **Year:** 2019
**Trailer Tag #:**  **State:**  **County:**  **Year:**
☒ Same as Driver  **Owner's Last Name:** RAVEN  **First:** THOMAS  **Middle:** AVERY
Address: [redacted]
**City:** FLOWERY BRANCH  **State:** GA  **Zip:** 30542-3308
**Removed By:** DON KERNS WRECKER  ☐ Request ☒ List
**Alco Test:** 2  **Type:**  **Results:**  **Drug Test:** 2  **Type:**  **Results:**
**First Harmful Event:** 11  **Most Harmful Event:** 2  **Operator/Ped Cond:** 1
**Operator Contributing Factors:** 3, 1
**Vehicle Contributing Factors:** 1  **Roadway Contributing Factors:** 6
**Direction of Travel:** 1  **Vehicle Maneuver:** 5  **Non-Motor Maneuver:**
**Vehicle Class:** 1  **Vehicle Type:** 1  **Vision Obscured:** 1
**Number of Occupants:** 1  **Area of Initial Contact:** 12  **Damage to Veh:** 4
**Traffic-Way Flow:** 3  **Road Comp:** 2  **Road Character:** 1
**Number of Lanes:** 4  **Posted Speed:** 70  **Work Zone:** 2
**Traffic Control:** 7  **Device Inoperative:** ☐ Yes ☒ No
**Citation Information:**
Citation # E03242692  O.C.G.A. § 40-6-49
Citation # E03242693  O.C.G.A. § 16-10-2(b)
Citation #  O.C.G.A. §

## Unit #2
☒ Driver ☐ Ped ☐ Bike
**LAST NAME:** KHIMANI  **FIRST:** SABJA  **MIDDLE:** ALI
Address: [redacted]
☐ Susp At Fault
**City:** RICHMOND HILL  **State:** NY  **Zip:** 11418  **DOB:** [redacted]/1958
**Driver's License No.:** [redacted]  **Class:** *E*  **State:** NY  **Country:** UNITED STATES
**Insurance Co.:** PROGRESSIVE  **Policy No.:** 923888828  **Telephone No.:**
**Year:** 2014  **Make:** HONDA  **Model:** ODYSSEY
**VIN:** 5FNRL5H91EB017672  **Vehicle Color:** SIL
**Tag #:** RFA0147  **State:** GA  **County:** FULTON  **Year:** 2020
**Trailer Tag #:**  **State:**  **County:**  **Year:**
☐ Same as Driver  **Owner's Last Name:** ALI  **First:** KHIMANI  **Middle:** SABJA
Address: [redacted]
**City:** SANDY SPRINGS  **State:** GA  **Zip:** 30328-2675
**Removed By:** OWNER  ☐ Request ☐ List
**Alco Test:** 2  **Type:**  **Results:**  **Drug Test:** 2  **Type:**  **Results:**
**First Harmful Event:** 11  **Most Harmful Event:** 11  **Operator/Ped Cond:** 1
**Operator Contributing Factors:** 1, 1
**Vehicle Contributing Factors:** 1  **Roadway Contributing Factors:** 6
**Direction of Travel:** 1  **Vehicle Maneuver:** 5  **Non-Motor Maneuver:**
**Vehicle Class:** 1  **Vehicle Type:** 10  **Vision Obscured:** 1
**Number of Occupants:** 2  **Area of Initial Contact:** 6  **Damage to Veh:** 3
**Traffic-Way Flow:** 3  **Road Comp:** 2  **Road Character:** 1
**Number of Lanes:** 4  **Posted Speed:** 70  **Work Zone:** 2
**Traffic Control:** 7  **Device Inoperative:** ☐ Yes ☒ No
**Citation Information:**
Citation #  O.C.G.A. §
Citation #  O.C.G.A. §
Citation #  O.C.G.A. §

## COMMERCIAL MOTOR VEHICLES ONLY

**Unit 1:**
Carrier Name:
Address:  City:  State:  Zip:
U.S. D.O.T. #:  No. of Axles:  G.V.W.R.:
Cargo Body Type:  Vehicle Config.:  ☐ Interstate ☐ Intrastate  Fed. Reportable ☐ Yes ☐ No
C.D.L.? ☐ Yes ☐ No  C.D.L. Suspended? ☐ Yes ☐ No
Vehicle Placarded? ☐ Yes ☐ No  Hazardous Materials? ☐ Yes ☐ No
Haz Mat Released? ☐ Yes ☐ No
If YES: Name or four Digit Number from Diamond or Box: _____
One Digit Number from Bottom of Diamond: _____
☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

**Unit 2:**
Carrier Name:
Address:  City:  State:  Zip:
U.S. D.O.T. #:  No. of Axles:  G.V.W.R.:
Cargo Body Type:  Vehicle Config.:  ☐ Interstate ☐ Intrastate  Fed. Reportable ☐ Yes ☐ No
C.D.L.? ☐ Yes ☐ No  C.D.L. Suspended? ☐ Yes ☐ No
Vehicle Placarded? ☐ Yes ☐ No  Hazardous Materials? ☐ Yes ☐ No
Haz Mat Released? ☐ Yes ☐ No
If YES: Name or four Digit Number from Diamond or Box: _____
One Digit Number from Bottom of Diamond: _____
☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

**PLAINTIFF'S EXHIBIT 1**

GDOT-523 (07/17)

## COLLISION FIELDS

| Manner of Collision: | 3 | Location at Area of Impact: | 1 | Weather: | 1 | Surface Condition: | 1 | Light Condition: | 5 |
|---|---|---|---|---|---|---|---|---|---|

## NARRATIVE

Vehicle 1 and vehicle 2 were both traveling north on I-985 in the left lane. Vehicle 2 was slowing for traffic ahead while vehicle 1 was following too closely, causing its front to strike vehicle 2 in the rear. After impact vehicle 2 was slowing to stop while vehicle 1 front stayed against the rear of vehicle 2 in the left lane of I-985. Driver 1 then either kept his foot on the accelerator or the accelerator of vehicle 1 stuck, causing the front tires to spin. Vehicle 1's front tires caught fire and disintegrated.

Note: Driver 1 stated he saw smoke coming from his hood prior to colliding with vehicle 2.

Note: Driver 2 stated vehicle 1 struck his vehicle in the rear multiple times before he stopped.

This investigation was recorded on 172 USB Perm# 42808.

## DIAGRAM

INDICATE NORTH

## PROPERTY DAMAGE INFORMATION

| Damage Other Than Vehicle | Owner |
|---|---|

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|

## OCCUPANT INFORMATION

**1** Name (Last, First): RAVEN, THOMAS | Address:
| Age: 61 | Sex: M | Unit #: 1 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 2 | Taken for Treatment: 1 |
Injury Taken To: NEGMC | By: HALL COUNTY EMS | EMS Notified Time: | EMS Arrival Time: | Hospital Arrival Time:

**2** Name (Last, First): KHIMANI, SABJA | Address:
| Age: 61 | Sex: M | Unit #: 2 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 0 | Taken for Treatment: 2 |
Injury Taken To: | By: | EMS Notified Time: | EMS Arrival Time: | Hospital Arrival Time:

**3** Name (Last, First): KHIMANI, YASMEEN | Address:
| Age: 58 | Sex: F | Unit #: 2 | Position: 3 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 0 | Taken for Treatment: 2 |
Injury Taken To: | By: | EMS Notified Time: | EMS Arrival Time: | Hospital Arrival Time:

## ADMINISTRATIVE

Photos Taken: [ ] Yes  [X] No    By:

Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2903.

| Report By: JAMES, J. #0172 | Agency: GSPB\POST 6 | Report Date: 05/01/19 | Checked By: PARKER, C.E. #0134 | Date Checked: 05/06/19 |
|---|---|---|---|---|

GDOT-523 (07/17)



Narrative:

Vehicle 1 and vehicle 2 were both traveling north on I-985 in the left lane. Vehicle 2 was slowing for traffic ahead while vehicle 1 was following too closely, causing its front to strike vehicle 2 in the rear. After impact vehicle 2 was slowing to stop while vehicle 1 front stayed against the rear of vehicle 2 in the left lane of I-985. Driver 1 then either kept his foot on the accelerator or the accelerator of vehicle 1 stuck, causing the front tires to spin. Vehicle 1's front tires caught fire and disintegrated.

Note: Driver 1 stated he saw smoke coming from his hood prior to colliding with vehicle 2.

Note: Driver 2 stated vehicle 1 struck his vehicle in the rear multiple times before he stopped.

This investigation was recorded on 172 USB Perm# 4280B.