Page 1 of 3

# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC Number | | County | Date Rec. by GDOT |
|---|---|---|---|---|
| C000634436-01 | GAGSP0000 | | HALL | |

| Estimated Crash | | Dispatch | | Arrival | | Total Number of | | | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time | Vehicles | Injuries | Fatalities | |
| 05/01/19 | 21:35 | 05/01/19 | 21:42 | 05/01/19 | 21:57 | 2 | 1 | 0 | |

| Road of Occurrence | I-985 NB | At Its Intersection With | | ☐ Corrected Report |
|---|---|---|---|---|
| Not At Its Intersection But | 1000 ☐ Miles ☒ Feet   ☐ North ☒ South   ☐ East ☐ West | Of | SR 347 | ☐ Sup To Original |
| Latitude (Y) | 34.13646 | Longitude (X) | -83.95382 | ☐ Hit And Run? |

| Unit # 1 | ☒ Driver ☐ Ped ☐ Bike | LAST NAME RAVEN | FIRST THOMAS | MIDDLE AVERY | Unit # 2 | ☒ Driver ☐ Ped ☐ Bike | LAST NAME KHIMANI | FIRST SABJA | MIDDLE ALI |
|---|---|---|---|---|---|---|---|---|---|
| ☒ Susp At Fault | | Address ////// | | | ☐ Susp At Fault | | Address ////// | | |
| City FLOWERY BR | | State GA | Zip 30542 | DOB //1957 | City RICHMOND HILL | | State NY | Zip 11418 | DOB //1958 |
| Driver's License No. ////// | | Class C | State GA | Country UNITED STATES | Driver's License No. ////// | | Class *E* | State NY | Country UNITED STATES |
| Insurance Co. SAFEWAY INSURANCE | | Policy No. 3099745-GA-PP-001 | | Telephone No. | Insurance Co. PROGRESSIVE | | Policy No. 923893828 | | Telephone No. |
| Year 2017 | | Make KIA | Model FORTE LX | | Year 2014 | | Make HONDA | Model ODYSSEY | |
| VIN 3KPFK4A70HE142424 | | | Vehicle Color BLU | | VIN 5FNRL5H91EB017672 | | | Vehicle Color SIL | |
| Tag # RHU3175 | | State GA | County HALL | Year 2019 | Tag # RFA0147 | | State GA | County FULTON | Year 2020 |
| Trailer Tag # | | State | County | Year | Trailer Tag # | | State | County | Year |
| ☒ Same as Driver | Owner's Last Name RAVEN | First THOMAS | | Middle AVERY | ☐ Same as Driver | Owner's Last Name ALI | First KHIMANI | | Middle SABJA |
| Address ////// | | | | | Address ////// | | | | |
| City FLOWERY BRANCH | | State GA | Zip 30542-3308 | | City SANDY SPRINGS | | State GA | Zip 30328-2675 | |
| Removed By: DON KERNS WRECKER | | | ☐ Request ☒ List | | Removed By: OWNER | | | ☐ Request ☐ List | |
| Alco Test: 2 | Type: | Results: | Drug Test: 2 | Type: Results: | Alco Test: 2 | Type: | Results: | Drug Test: 2 | Type: Results: |
| First Harmful Event: 11 | | Most Harmful Event: 2 | | Operator/Ped Cond: 1 | First Harmful Event: 11 | | Most Harmful Event: 11 | | Operator/Ped Cond: 1 |
| Operator Contributing Factors | 3 | 1 | | | Operator Contributing Factors | 1 | 1 | | |
| Vehicle Contributing Factors 1 | | Roadway Contributing Factors 6 | | | Vehicle Contributing Factors 1 | | Roadway Contributing Factors 6 | | |
| Direction of Travel: 1 | | Vehicle Maneuver: 5 | | Non-Motor Maneuver: | Direction of Travel: 1 | | Vehicle Maneuver: 5 | | Non-Motor Maneuver: |
| Vehicle Class: 1 | | Vehicle Type: 1 | | Vision Obscured: 1 | Vehicle Class: 1 | | Vehicle Type: 10 | | Vision Obscured: 1 |
| Number of Occupants: 1 | | Area of Initial Contact: 12 | | Damage to Veh: 4 | Number of Occupants: 2 | | Area of Initial Contact: 6 | | Damage to Veh: 3 |
| Traffic-Way Flow: 3 | | Road Comp: 2 | | Road Character: 1 | Traffic-Way Flow: 3 | | Road Comp: 2 | | Road Character: 1 |
| Number of Lanes: 4 | | Posted Speed: 70 | | Work Zone: 2 | Number of Lanes: 4 | | Posted Speed: 70 | | Work Zone: 2 |
| Traffic Control: 7 | | | Device Inoperative: ☐ Yes ☒ No | | Traffic Control: 7 | | | Device Inoperative: ☐ Yes ☒ No | |
| Citation Information: | | | | | Citation Information: | | | | |
| Citation # E03242692 | | O.C.G.A. § 40-6-49 | | | Citation # | | O.C.G.A. § | | |
| Citation # CD0242693 | | O.C.G.A. § 16-10-2(b) | | | Citation # | | O.C.G.A. § | | |
| Citation # | | O.C.G.A. § | | | Citation # | | O.C.G.A. § | | |

## COMMERCIAL MOTOR VEHICLES ONLY

| Carrier Name: | | | | | Carrier Name: | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Address | | City | State | Zip | Address | | City | State | Zip |
| U.S. D.O.T. # | | No. of Axles | | G.V.W.R. | U.S. D.O.T. # | | No. of Axles | | G.V.W.R. |
| Cargo Body Type | Vehicle Config. | ☐ Interstate ☐ Intrastate | | Fed. Reportable ☐ Yes ☐ No | Cargo Body Type | Vehicle Config. | ☐ Interstate ☐ Intrastate | | Fed. Reportable ☐ Yes ☐ No |
| C.D.L.? | ☐ Yes ☐ No | C.D.L. Suspended? | | ☐ Yes ☐ No | C.D.L.? | ☐ Yes ☐ No | C.D.L. Suspended? | | ☐ Yes ☐ No |
| Vehicle Placarded? ☐ Yes ☐ No | | Hazardous Materials? | | ☐ Yes ☐ No | Vehicle Placarded? ☐ Yes ☐ No | | Hazardous Materials? | | ☐ Yes ☐ No |
| Haz Mat Released? ☐ Yes ☐ No | | | | | Haz Mat Released? ☐ Yes ☐ No | | | | |
| If YES: Name or four Digit Number from Diamond or Bo: _____ One Digit Number from Bottom of Diamond _____ | | | | | If YES: Name or four Digit Number from Diamond or Bo: _____ One Digit Number from Bottom of Diamond _____ | | | | |

☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units   ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift

**PLAINTIFF'S EXHIBIT 1**

## COLLISION FIELDS

| Manner of Collision: | 3 | Location at Area of Impact: | 1 | Weather: | 1 | Surface Condition: | 1 | Light Condition: | 5 |

## NARRATIVE

Vehicle 1 and vehicle 2 were both traveling north on I-985 in the left lane. Vehicle 2 was slowing for traffic ahead while vehicle 1 was following too closely, causing its front to strike vehicle 2 in the rear. After impact vehicle 2 was slowing to stop while vehicle 1 front stayed against the rear of vehicle 2 in the left lane of I-985. Driver 1 then either kept his foot on the accelerator or the accelerator of vehicle 1 stuck, causing the front tires to spin. Vehicle 1's front tires caught fire and disintegrated.

Note: Driver 1 stated he saw smoke coming from his hood prior to colliding with vehicle 2.

Note: Driver 2 stated vehicle 1 struck his vehicle in the rear multiple times before he stopped.

This investigation was recorded on 172 USB Perm# 42808.

## DIAGRAM

INDICATE NORTH

## PROPERTY DAMAGE INFORMATION

| Damage Other Than Vehicle | Owner |

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |

## OCCUPANT INFORMATION

| # | Name (Last, First) | | | | | Address | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | RAVEN, THOMAS | | | | | | | | | |
| | Age: 61 | Sex: M | Unit #: 1 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 2 | Taken for Treatment: 1 |
| | Injury Taken To: NEGMC | | By: HALL COUNTY EMS | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |
| 2 | KHIMANI, SABJA | | | | | | | | | |
| | Age: 61 | Sex: M | Unit #: 2 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 0 | Taken for Treatment: 2 |
| | Injury Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |
| 3 | KHIMANI, YASMEEN | | | | | | | | | |
| | Age: 58 | Sex: F | Unit #: 2 | Position: 3 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 0 | Taken for Treatment: 2 |
| | Injury Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

## ADMINISTRATIVE

Photos Taken: ☐ Yes  ☒ No   By:

Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404)635-2963.

| Report By: JAMES, J. #0172 | Agency: GSPB\POST 6 | Report Date: 05/01/19 | Checked By: PARKER, C.E. #0134 | Date Checked: 05/06/19 |

ADDITIONAL or FULL PAGE DIAGRAM



Narrative:

Vehicle 1 and vehicle 2 were both traveling north on I-985 in the left lane. Vehicle 2 was slowing for traffic ahead while vehicle 1 was following too closely, causing its front to strike vehicle 2 in the rear. After impact vehicle 2 was slowing to stop while vehicle 1 front stayed against the rear of vehicle 2 in the left lane of I-985. Driver 1 then either kept his foot on the accelerator or the accelerator of vehicle 1 stuck, causing the front tires to spin. Vehicle 1's front tires caught fire and disintegrated.

Note: Driver 1 stated he saw smoke coming from his hood prior to colliding with vehicle 2.

Note: Driver 2 stated vehicle 1 struck his vehicle in the rear multiple times before he stopped.

This investigation was recorded on 172 USB Perm# 4280B.