# GEORGIA DEATH CERTIFICATE

State File Number: 2019GA000079336

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL FULL NAME | THOMAS AVERY RAVEN |
| 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | |
| 2. SEX | MALE |
| 2a. DATE OF DEATH | ACTUAL DATE OF DEATH 11/19/2019 |
| 3. SOCIAL SECURITY NUMBER | 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 |
| 4a. AGE (Years) | 62 |
| 5. DATE OF BIRTH | 11/17/1957 |
| 6. BIRTHPLACE | GEORGIA |
| 7a. RESIDENCE - STATE | GEORGIA |
| 7b. COUNTY | HALL |
| 7c. CITY, TOWN | GAINESVILLE |
| 7d. STREET AND NUMBER | 1843 TULIP DRIVE |
| 7e. ZIP CODE | 30507 |
| 7f. INSIDE CITY LIMITS? | NO |
| 8. ARMED FORCES? | NO |
| 9a. USUAL OCCUPATION | DISABLED |
| 9b. KIND OF INDUSTRY OR BUSINESS | DISABLED |
| 9. MARITAL STATUS | NEVER MARRIED |
| 10. SPOUSE NAME | |
| 11. FATHER'S FULL NAME | WILLIE JAMES RAVEN |
| 12. MOTHER'S MAIDEN NAME | EDNA SINGLETON |
| 13a. INFORMANT'S NAME | ARIEL MCCLENDON |
| 13b. RELATIONSHIP TO DECEDENT | DAUGHTER |
| 13c. MAILING ADDRESS | 5307 DEER LANE ATLANTA GEORGIA 30291 |
| 14. DECEDENT'S EDUCATION | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 15. ORIGIN OF DECEDENT | NO, NOT SPANISH/HISPANIC/LATINO |
| 16. DECEDENT'S RACE | BLACK OR AFRICAN-AMERICAN |
| 17a. IF DEATH OCCURRED IN HOSPITAL | |
| 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL | NURSING HOME-LONG TERM CARE FACILITY |
| 18. HOSPITAL OR OTHER INSTITUTION NAME | PRUITT HEALTH OF MACON |
| 19. CITY, TOWN OR LOCATION OF DEATH | MACON |
| 20. COUNTY OF DEATH | BIBB |
| 21. METHOD OF DISPOSITION | BURIAL |
| 22. PLACE OF DISPOSITION | ROCK SPRINGS CAMPGROUND CEMETERY 697 SKITTS MOUNTIAN ROAD CLEVELAND GEORGIA 30528 |
| 23. DISPOSITION DATE | 11/25/2019 |
| 24a. EMBALMER'S NAME | PATRICK S. WARD |
| 24b. EMBALMER LICENSE NO. | 4421 |
| 25. FUNERAL HOME NAME | MEMORIAL PARK NORTH - RIVERSIDE |
| 25a. FUNERAL HOME ADDRESS | 989 RIVERSIDE DRIVE GAINESVILLE GEORGIA 30504 |
| 26a. SIGNATURE OF FUNERAL DIRECTOR | JERRY WARD |
| 26b. FUN. DIR. LICENSE NO | 2806 |
| 27. DATE PRONOUNCED DEAD | 11/19/2019 |
| 28. HOUR PRONOUNCED DEAD | 18:00 MILITARY |
| 29a. PRONOUNCER'S NAME | Larry PRENTICE Tucker |
| 29b. LICENSE NUMBER | RN085964 |
| 29c. DATE SIGNED | 11/19/2019 |
| 30. TIME OF DEATH | 18:00 MILITARY |
| 31. WAS CASE REFERRED TO MEDICAL EXAMINER | NO |

32. Part I. Enter the chain of events—diseases, injuries, or complications—that directly caused the death.

| | Cause | Approximate interval between onset and death |
|---|---|---|
| A. IMMEDIATE CAUSE | CARDIO PULMONARY ARREST | UNKNOWN |
| B. Due to, or as a consequence of | CHRONIC RESPIRATORY FAILURE | MORE THAN 1 MONTH |
| C. Due to, or as a consequence of | QUADRIPLEGIA SECONDARY TO ACCIDENT | MORE THAN 1 MONTH |
| D. Due to, or as a consequence of | CONGESTIVE HEART FAILURE | UNKNOWN |

| Field | Value |
|---|---|
| 33. WAS AUTOPSY PERFORMED? | NO |
| 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 35. TOBACCO USE CONTRIBUTED TO DEATH | NO |
| 36. IF FEMALE (range 10-54) PREGNANT | NOT APPLICABLE |
| 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED | ACCIDENT |
| 38. DATE OF INJURY | 05/01/2019 |
| 39. TIME OF INJURY | 21:35 MILITARY |
| 40. PLACE OF INJURY | I-985 NEAR FRIENDSHIP ROAD |
| 41. INJURY AT WORK? | NO |
| 42. LOCATION OF INJURY | I-985 INTERSTATE HIGHWAY BUFORD GEORGIA 30518 GWINNETT |
| 43. DESCRIBE HOW INJURY OCCURRED | MOTOR VEHICLE ACCIDENT STRUCK ANOTHER VEHICLE IN REAR |
| 44. IF TRANSPORTATION INJURY | YES |
| 45. Medical Certifier | JAVED FAZAL, MD, 057457 |
| 45a. DATE SIGNED | 12/20/2019 |
| 45b. HOUR OF DEATH | 18:00 MILITARY |
| 47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | JAVED FAZAL 1860 WATSON BOULEVARD WARNER ROBINS GEORGIA 31093 |
| 48. REGISTRAR | /S/ CHRISTOPHER JP HARRISON |
| 49. DATE FILED - REGISTRAR | 12/23/2019 |

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH

PLAINTIFF'S EXHIBIT 3

683996

*In Loving Memory*

*Mr. Thomas Avery Raven*

*November 17, 1957 ~ November 19, 2019*

On behalf of the family of
## Mr. Thomas Avery Raven
We would like to thank you for your attendance and kind expressions of sympathy

### Order of Service

| | |
|---|---|
| Prelude – CD | Two Wings, Christianairs |
| Musical Selection – | Isaiah Singleton |
| Scripture – | Old Testament |
| | New Testament |
| Musical Selection – | Doug Jackson |
| Remarks limited to 2 Minutes | |
| Obituary read in silence | |
| Eulogy – | Rev. James Singleton |
| Recessional – | Going up Yonder CD |
| Go to Cemetery for Interment | |
| Repass at the funeral home | |

"Small Enough to Know You, Large Enough to Serve You"
Memorial Park Funeral Home
North Riverside Chapel
989 Riverside Drive
Gainesville, Georgia 30501
770-297-6200

Mr. Thomas Avery Raven of Gainesville, Georgia age 62, passed away Tuesday, November 19, 2019 in Macon, Georgia.

Funeral services will be held at 1:00 pm Monday, November 25, 2019 at Memorial Park North Riverside Chapel with interment to follow in Rock Springs Campground Cemetery, Mossy Creek, White County, GA. The family will receive friends from 6 to 8 pm Sunday, November 24, 2019 at the funeral home.

Thomas was born in Gainesville, Georgia on November 17, 1957 he is the son of Edna (Singleton) Raven Dorsey and the late Willie James Raven. He is also preceded in death by his son, Carlos; step-father, John C. Dorsey, Sr. brothers, Larry Raven, Tracy Raven, Tim Raven and a sister, Laurae Dorsey.

Thomas is survived by his mother, Rev. Edna Dorsey; his children, Enrico, Avery, Kimberly, Ariel and Tleali; 11 grandchildren; brothers, Harry Raven and Anthony Raven; sisters, Karen Ware (Todd) and Eleanor Stringer (David); aunts, Mrs. Marietta Jackson and Maudell Singleton. He is also survived by his loving companion, Cassonya Pugh. He is also survived by a number of nieces, nephews and other family and friends.

Thomas was the 4th of 9 children. He attended East Hall High School and White County High School. He also attended North Georgia Technical College in Clarkesville. He enjoyed traveling and fast cars.

Memorial Park Funeral Home North Riverside Chapel, 989 Riverside Dr. is in charge of arrangements.
Send online condolences to www.memorialparkfuneralhomes.com.

# Mr. Thomas Avery Raven

**Date of Birth**
November 17, 1957
Gainesville, Georgia

**Date of Death**
November 19, 2019
Macon, Georgia

**Funeral Service**
Monday, November 25, 2019 at 1:00 pm
Memorial Park North Riverside Chapel

**Interment**
Rock Springs Campground Cemetery
Mossy Creek, White County, Georgia

**Age**
62 years      00 month(s)      02 days

**Pall Bearers**
Nephews and Cousins

**Flower Girls**
Nieces and Cousins