**DealerRater** (https://www.dealerrater.com/)

# Find Existing Kia Forte Car Recalls

## 2021 Kia Forte Recall

**Item Affected:** AIR BAGS: AIR BAG / RESTRAINT CONTROL MODULE
**Date Announced:** 03/11/2021

**Description of Recall:**
Kia Motors America (Kia) is recalling certain 2021 Telluride, K5, and Forte vehicles. The Occupant Classification and Detection System (OCS/ODS) unit may not detect the presence of a child restraint system in the front passenger seat. As such, these vehicles fail to comply with the requirements of Federal Motor Vehicle Safety Standard (FMVSS) number 208, "Occupant Crash Protection."

**Action Need To Fix It:**
Kia will notify owners, and dealers will replace the OCS/ODS unit, free of charge. The recall began March 18, 2021. Owners may contact Kia customer service at 1-800-333-4542. Kia's number for this recall is SC207.

FIND YOUR LOCAL  Kia Service Center (/directory/30043/Service-Center/Kia/10/)

## 2021 Kia Forte Recall

**Item Affected:** AIR BAGS: SENSOR: OCCUPANT CLASSIFICATION: FRONT PASSENGER
**Date Announced:** 03/11/2021

**Description of Recall:**
Kia Motors America (Kia) is recalling certain 2021 Telluride, K5, and Forte vehicles. The Occupant Classification and Detection System (OCS/ODS) unit may not detect the presence of a child restraint system in the front passenger seat. As such, these vehicles fail to comply with the requirements of Federal Motor Vehicle Safety Standard (FMVSS) number 208, "Occupant Crash Protection."

**Action Need To Fix It:**
Kia will notify owners, and dealers will replace the OCS/ODS unit, free of charge. The recall began March 18, 2021. Owners may contact Kia customer service at 1-800-333-4542. Kia's number for this recall is SC207.

FIND YOUR LOCAL  Kia Service Center (/directory/30043/Service-Center/Kia/10/)

## 2019 Kia Forte Recall

**Item Affected:** EXTERIOR LIGHTING: HEADLIGHTS
**Date Announced:** 10/31/2018

**Description of Recall:**
Kia Motors America (Kia) is recalling certain 2019 Kia Forte vehicles equipped with LED headlights. The headlights may not have been manufactured with the correct low beam aiming. As such, these vehicles fail to comply with the requirements of Federal Motor Vehicle Safety Standard (FMVSS) number 108, "Lamps, Reflective Devices, and Associated Equipment."

**Action Need To Fix It:**
Kia will notify owners, and dealers will inspect the headlight aiming and replace the headlights, as necessary, free of charge. The recall began November 30, 2018. Owners may contact Kia customer service at 1-800-333-4542. Kia's number for this recall is SC171.

FIND YOUR LOCAL  Kia Service Center (/directory/30043/Service-Center/Kia/10/)

## 2019 Kia Forte Recall

**Item Affected:** POWER TRAIN: AXLE ASSEMBLY: AXLE SHAFT
**Date Announced:** 08/05/2020



PLAINTIFF'S EXHIBIT 4

**Description of Recall:**
Kia Motors America (Kia) is recalling certain 2019 Forte vehicles. The left front axle driveshaft may not have been heat-treated, which can cause it to break.

**Action Need To Fix It:**
Kia will notify owners, and dealers will inspect the left front axle driveshaft for a heat treatment verification code, and replace it if the code is missing, free of charge. The recall began September 2, 2020. Owners may contact Kia customer service at 1-800-333-4542. Kia's number for this recall is SC195.

## 2018 Kia Forte Recall

**Item Affected:** ENGINE AND ENGINE COOLING: ENGINE: OIL / LUBRICATION: PUMP
**Date Announced:** 04/13/2021

**Description of Recall:**
Kia Motors America (Kia) is recalling certain 2017-2018 Forte vehicles equipped with a 2.0L Nu MPI engine. Foreign particles may stick inside the oil pump, which may cause an oil pump failure and engine damage.

**Action Need To Fix It:**
Kia will notify owners, and dealers will replace the oil pan, free of charge. The recall is expected to begin June 11, 2021. Owners may contact Kia customer service at 1-800-333-4542. Kia's number for this recall is SC210.

FIND YOUR LOCAL   Kia Service Center (/directory/30043/Service-Center/Kia/10/)

## 2017 Kia Forte Recall

**Item Affected:** ENGINE AND ENGINE COOLING: ENGINE: OIL / LUBRICATION: PUMP
**Date Announced:** 04/13/2021

**Description of Recall:**
Kia Motors America (Kia) is recalling certain 2017-2018 Forte vehicles equipped with a 2.0L Nu MPI engine. Foreign particles may stick inside the oil pump, which may cause an oil pump failure and engine damage.

**Action Need To Fix It:**
Kia will notify owners, and dealers will replace the oil pan, free of charge. The recall is expected to begin June 11, 2021. Owners may contact Kia customer service at 1-800-333-4542. Kia's number for this recall is SC210.

FIND YOUR LOCAL   Kia Service Center (/directory/30043/Service-Center/Kia/10/)

## 2015 Kia Forte Recall

**Item Affected:** ENGINE
**Date Announced:** 12/02/2020

**Description of Recall:**
Kia Motors America (Kia) is recalling certain 2012-2013 Sorento, 2012-2015 Forte and Forte Koup, 2011-2013 Optima Hybrid, 2014-2015 Soul, and 2012 Sportage vehicles. An engine compartment fire can occur while driving.

**Action Need To Fix It:**
Kia will notify owners, and dealers will inspect the engine compartment for fuel and/or engine oil leaks, perform an engine test and make any repairs, including engine replacement, as necessary, free of charge. In addition, Kia dealers will update the Knock Sensor Detection System (KSDS) software, free of charge. The KSDS software update is not yet available for 2014-2015 Forte and Forte Koup and 2011-2013 Optima Hybrid vehicles. A second letter will be sent to those vehicle owners once the software update is available. The recall began January 27, 2021. Owners may contact Kia customer service at 1-800-333-4542. Kia's number for this recall is SC200.

FIND YOUR LOCAL   Kia Service Center (/directory/30043/Service-Center/Kia/10/)

## 2014 Kia Forte Recall

**Item Affected:** SERVICE BRAKES, HYDRAULIC: PEDALS AND LINKAGES
**Date Announced:** 12/01/2017

**Description of Recall:**
Kia Motors America (Kia) is recalling certain 2012-2014 Forte and Forte Koup vehicles. The brake pedal stopper pad can deteriorate allowing the brake light switch plunger to remain extended when the brake pedal is released. This will allow the brake lights to remain illuminated continuously. It can also allow the shift lever to be moved without depressing the brake pedal, or activate the engine management brake pedal override feature.

**Action Need To Fix It:**
Kia will notify owners, and dealers will replace the brake pedal stopper pad, free of charge. The recall is expected to begin January 30, 2018. Owners may contact Kia customer service at 1-800-333-4542. Kia's number for this recall is SC158.

FIND YOUR LOCAL   Kia Service Center (/directory/30043/Service-Center/Kia/10/)

## 2014 Kia Forte Recall

**Item Affected:** ENGINE
**Date Announced:** 12/02/2020

**Description of Recall:**
Kia Motors America (Kia) is recalling certain 2012-2013 Sorento, 2012-2015 Forte and Forte Koup, 2011-2013 Optima Hybrid, 2014-2015 Soul, and 2012 Sportage vehicles. An engine compartment fire can occur while driving.

**Action Need To Fix It:**
Kia will notify owners, and dealers will inspect the engine compartment for fuel and/or engine oil leaks, perform an engine test and make any repairs, including engine replacement, as necessary, free of charge. In addition, Kia dealers will update the Knock Sensor Detection System (KSDS) software, free of charge. The KSDS software update is not yet available for 2014-2015 Forte and Forte Koup and 2011-2013 Optima Hybrid vehicles. A second letter will be sent to those vehicle owners once the software update is available. The recall began January 27, 2021. Owners may contact Kia customer service at 1-800-333-4542. Kia's number for this recall is SC200.

FIND YOUR LOCAL    Kia Service Center (/directory/30043/Service-Center/Kia/10/)

## 2014 Kia Forte Recall

**Item Affected:** ELECTRICAL SYSTEM
**Date Announced:** 01/16/2015

**Description of Recall:**
Kia Motors America (Kia) is recalling certain model year 2014 Kia Forte vehicles manufactured December 5, 2012, to April 17, 2014. In the affected vehicles, the cooling fan resistor may overheat and melt.

**Action Need To Fix It:**
Kia will notify owners, and for vehicles produced from December 5, 2012 to January 27, 2014, dealers will replace the cooling fan resistor and multi-fuse unit. For vehicles produced from January 28, 2014 to April 17, 2014, dealers will replace the multi-fuse unit only. Owners of vehicles with a 1.8L engine will also have the engine control unit software updated. The recall began on February 20, 2015. Owners may contact Kia customer service at 1-800-333-4542. Kia's number for this recall is SC113.

FIND YOUR LOCAL    Kia Service Center (/directory/30043/Service-Center/Kia/10/)

## 2013 Kia Forte Recall

**Item Affected:** ENGINE
**Date Announced:** 12/02/2020

**Description of Recall:**
Kia Motors America (Kia) is recalling certain 2012-2013 Sorento, 2012-2015 Forte and Forte Koup, 2011-2013 Optima Hybrid, 2014-2015 Soul, and 2012 Sportage vehicles. An engine compartment fire can occur while driving.

**Action Need To Fix It:**
Kia will notify owners, and dealers will inspect the engine compartment for fuel and/or engine oil leaks, perform an engine test and make any repairs, including engine replacement, as necessary, free of charge. In addition, Kia dealers will update the Knock Sensor Detection System (KSDS) software, free of charge. The KSDS software update is not yet available for 2014-2015 Forte and Forte Koup and 2011-2013 Optima Hybrid vehicles. A second letter will be sent to those vehicle owners once the software update is available. The recall began January 27, 2021. Owners may contact Kia customer service at 1-800-333-4542. Kia's number for this recall is SC200.

FIND YOUR LOCAL    Kia Service Center (/directory/30043/Service-Center/Kia/10/)

## 2013 Kia Forte Recall

**Item Affected:** AIR BAGS: AIR BAG / RESTRAINT CONTROL MODULE
**Date Announced:** 06/01/2018

**Description of Recall:**
Kia Motors America (Kia) is recalling certain 2010-2013 Kia Forte, Forte Koup, 2011-2013 Kia Optima and 2011-2012 Kia Optima Hybrid and Sedona vehicles. In the event of a crash, the air bag control unit (ACU) may short circuit, preventing the frontal air bags and seat belt pretensioners from deploying.

**Action Need To Fix It:**
Kia will notify owners. For model year 2011 Sedona vehicles, Kia will instruct dealers to verify the ACU part number and, if necessary, install an extension wire harness kit between the ACU Connector and the Vehicle Harness Connector. For all other affected vehicles, Kia will instruct

dealers to install the extension wire harness kit. The recall began September 28, 2018. Owners may contact Kia customer service at 1-800-333-4542. Kia's number for this recall is SC165.

FIND YOUR LOCAL    Kia Service Center (/directory/30043/Service-Center/Kia/10/)

## 2013 Kia Forte Recall

**Item Affected:** SEAT BELTS: FRONT: RETRACTOR
**Date Announced:** 05/17/2016

**Description of Recall:**
Kia Motors America (Kia) is recalling certain model year 2013 Forte vehicles manufactured September 10, 2012, to October 31, 2012. The screws that hold the front seatbelt retractor retaining plates may not have been properly tightened, and as a result, the seatbelt retractor retaining plates may break in a crash.

**Action Need To Fix It:**
Kia will notify owners, and dealers will inspect and replace both front seatbelt assemblies, as necessary, free of charge. Owners may contact Kia customer service at 1-800-333-4542. The recall began July 1, 2016. Kia's number for this recall is SC132.

FIND YOUR LOCAL    Kia Service Center (/directory/30043/Service-Center/Kia/10/)

## 2013 Kia Forte Recall

**Item Affected:** SERVICE BRAKES, HYDRAULIC: PEDALS AND LINKAGES
**Date Announced:** 12/01/2017

**Description of Recall:**
Kia Motors America (Kia) is recalling certain 2012-2014 Forte and Forte Koup vehicles. The brake pedal stopper pad can deteriorate allowing the brake light switch plunger to remain extended when the brake pedal is released. This will allow the brake lights to remain illuminated continuously. It can also allow the shift lever to be moved without depressing the brake pedal, or activate the engine management brake pedal override feature.

**Action Need To Fix It:**
Kia will notify owners, and dealers will replace the brake pedal stopper pad, free of charge. The recall is expected to begin January 30, 2018. Owners may contact Kia customer service at 1-800-333-4542. Kia's number for this recall is SC158.

FIND YOUR LOCAL    Kia Service Center (/directory/30043/Service-Center/Kia/10/)

## 2012 Kia Forte Recall

**Item Affected:** AIR BAGS: AIR BAG / RESTRAINT CONTROL MODULE
**Date Announced:** 06/01/2018

**Description of Recall:**
Kia Motors America (Kia) is recalling certain 2010-2013 Kia Forte, Forte Koup, 2011-2013 Kia Optima and 2011-2012 Kia Optima Hybrid and Sedona vehicles. In the event of a crash, the air bag control unit (ACU) may short circuit, preventing the frontal air bags and seat belt pretensioners from deploying.

**Action Need To Fix It:**
Kia will notify owners. For model year 2011 Sedona vehicles, Kia will instruct dealers to verify the ACU part number and, if necessary, install an extension wire harness kit between the ACU Connector and the Vehicle Harness Connector. For all other affected vehicles, Kia will instruct dealers to install the extension wire harness kit. The recall began September 28, 2018. Owners may contact Kia customer service at 1-800-333-4542. Kia's number for this recall is SC165.

FIND YOUR LOCAL    Kia Service Center (/directory/30043/Service-Center/Kia/10/)

## 2012 Kia Forte Recall

**Item Affected:** SERVICE BRAKES, HYDRAULIC: PEDALS AND LINKAGES
**Date Announced:** 12/01/2017

**Description of Recall:**
Kia Motors America (Kia) is recalling certain 2012-2014 Forte and Forte Koup vehicles. The brake pedal stopper pad can deteriorate allowing the brake light switch plunger to remain extended when the brake pedal is released. This will allow the brake lights to remain illuminated continuously. It can also allow the shift lever to be moved without depressing the brake pedal, or activate the engine management brake pedal override feature.

**Action Need To Fix It:** and dealers will replace the brake pedal stopper pad, free of charge. The recall is expected to begin January 30, 2018. Owners may contact Kia customer service at 1-800-333-4542. Kia's number for this recall is SC158.

FIND YOUR LOCAL   Kia Service Center (/directory/30043/Service-Center/Kia/10/)

## 2012 Kia Forte Recall

**Item Affected:** ENGINE
**Date Announced:** 12/02/2020

**Description of Recall:**
Kia Motors America (Kia) is recalling certain 2012-2013 Sorento, 2012-2015 Forte and Forte Koup, 2011-2013 Optima Hybrid, 2014-2015 Soul, and 2012 Sportage vehicles. An engine compartment fire can occur while driving.

**Action Need To Fix It:**
Kia will notify owners, and dealers will inspect the engine compartment for fuel and/or engine oil leaks, perform an engine test and make any repairs, including engine replacement, as necessary, free of charge. In addition, Kia dealers will update the Knock Sensor Detection System (KSDS) software, free of charge. The KSDS software update is not yet available for 2014-2015 Forte and Forte Koup and 2011-2013 Optima Hybrid vehicles. A second letter will be sent to those vehicle owners once the software update is available. The recall began January 27, 2021. Owners may contact Kia customer service at 1-800-333-4542. Kia's number for this recall is SC200.

FIND YOUR LOCAL   Kia Service Center (/directory/30043/Service-Center/Kia/10/)

## 2011 Kia Forte Recall

**Item Affected:** AIR BAGS: AIR BAG / RESTRAINT CONTROL MODULE
**Date Announced:** 06/01/2018

**Description of Recall:**
Kia Motors America (Kia) is recalling certain 2010-2013 Kia Forte, Forte Koup, 2011-2013 Kia Optima and 2011-2012 Kia Optima Hybrid and Sedona vehicles. In the event of a crash, the air bag control unit (ACU) may short circuit, preventing the frontal air bags and seat belt pretensioners from deploying.

**Action Need To Fix It:**
Kia will notify owners. For model year 2011 Sedona vehicles, Kia will instruct dealers to verify the ACU part number and, if necessary, install an extension wire harness kit between the ACU Connector and the Vehicle Harness Connector. For all other affected vehicles, Kia will instruct dealers to install the extension wire harness kit. The recall began September 28, 2018. Owners may contact Kia customer service at 1-800-333-4542. Kia's number for this recall is SC165.

FIND YOUR LOCAL   Kia Service Center (/directory/30043/Service-Center/Kia/10/)

## 2011 Kia Forte Recall

**Item Affected:** POWER TRAIN: AUTOMATIC TRANSMISSION: COOLING UNIT AND LINES
**Date Announced:** 02/05/2016

**Description of Recall:**
Kia Motors America (Kia) is recalling certain model year 2011 Forte vehicles manufactured August 27, 2010, to November 11, 2010. The affected vehicles have a transmission fluid cooler hose that may have been improperly manufactured, resulting in a transmission fluid leak.

**Action Need To Fix It:**
Kia will notify owners, and dealers will replace the transmission cooler hose, free of charge. The recall began March 30, 2016. Owners may contact Kia customer service at 1-800-333-4542. Kia's number for this recall is SC129.

FIND YOUR LOCAL   Kia Service Center (/directory/30043/Service-Center/Kia/10/)

## 2010 Kia Forte Recall

**Item Affected:** AIR BAGS: AIR BAG / RESTRAINT CONTROL MODULE
**Date Announced:** 06/01/2018

**Description of Recall:**
Kia Motors America (Kia) is recalling certain 2010-2013 Kia Forte, Forte Koup, 2011-2013 Kia Optima and 2011-2012 Kia Optima Hybrid and Sedona vehicles. In the event of a crash, the air bag control unit (ACU) may short circuit, preventing the frontal air bags and seat belt pretensioners from deploying.

**DealerRater** (https://www.dealerrater.com/)

**Action Need To Fix It:**
Kia will notify owners. For model year 2011 Sedona vehicles, Kia will instruct dealers to verify the ACU part number and, if necessary, install an extension wire harness kit between the ACU Connector and the Vehicle Harness Connector. For all other affected vehicles, Kia will instruct dealers to install the extension wire harness kit. The recall began September 28, 2018. Owners may contact Kia customer service at 1-800-333-4542. Kia's number for this recall is SC165.

**FIND YOUR LOCAL** Kia Service Center (/directory/30043/Service-Center/Kia/10/)

## 2010 Kia Forte Recall

**Item Affected:** EXTERIOR LIGHTING: BRAKE LIGHTS: SWITCH
**Date Announced:** 04/01/2013

**Description of Recall:**
Kia Motors Corporation (Kia) is recalling certain model year 2007-2010 Rondo, model year 2007-2011 Sedona, Sorento and Sportage, model year 2010-2011 Soul, model year 2008-2011 Optima, model year 2010 Forte, model year 2007-2009 Amanti, and model year 2009 Borrego vehicles. Originally, in April 2013, Kia recalled 623,658 model year 2007-2010 Rondo and Sportage, model year 2007-2011 Sorento, model year 2007 Sedona, model year 2010-2011 Soul, and model year 2011 Optima vehicles. In September 2013, Kia informed the agency that it was adding an additional 356,719 vehicles to this campaign. The total number of vehicles being recalled is now 980,377. In the affected vehicles, the stop lamp switch may malfunction. A malfunctioning stop lamp switch may cause the brake lights to not illuminate when the brake pedal is depressed or may cause an inability to deactivate the cruise control by depressing the brake pedal. Additionally, a malfunctioning stop lamp switch may also result in intermittent operation of the push-button start feature, affect the operation of the brake-transmission shift interlock feature preventing the shifter from being moved out of the PARK position and cause the Electronic Stability Control (ESC) malfunction light to illuminate.

**Action Need To Fix It:**
Kia will send an interim notification to owners in May 2013. When parts are available, owners will receive a second notification and dealers will replace the stop lamp switch, free of charge. Owners may contact Kia at 1-800-333-4542. Kia's recall campaign number is SC098.

**FIND YOUR LOCAL** Kia Service Center (/directory/30043/Service-Center/Kia/10/)

## Create a Recall Alert

Fill out the form below, and we'll send you an email when there's a recall on your car.

**Make**
Kia

**Model**
Forte

**Year**
Select a Year

**Zip Code**



U.S. (https://www.dealerrater.com) | Canada (https://www.dealerrater.ca)
About Us (/consumer/company)
Careers (/consumer/company/careers)
Contact Us (/consumer/company/contact-us)

Privacy Policy (https://www.dealerrater.com/info/privacy/)
Terms of Use (https://www.dealerrater.com/info/tou/)
California Privacy Notice (https://www.dealerrater.com/info/ccpa-privacy-notice/)
Community Guidelines (https://www.dealerrater.com/info/community/)

https://www.dealerrater.com/recalls/Kia/Forte/#:~:text=Kia Motors America (Kia) is recalling certain 2017-2018,pump failure and engine damage.&text=... 6/7

**DealerRater**  (https://www.dealerrater.com/)

For Dealers (/dealers)
Help Center (https://dealerrater.uservoice.com/)
Car Recalls (https://www.dealerrater.com/recalls/)
FAQ (https://dealerrater.uservoice.com/knowledgebase/articles/844902-dealerrater-frequently-asked-questions)
Sitemap (/common/sitemap)

© 2021 DR MEDIA HOLDINGS, LLC