☰ **CAR AND DRIVER**                                    SUBSCRIBE   SIGN IN

# Kia Recalls 295,000 Cars in U.S. for Engine-Compartment Fire Risk

The recall includes Forte/Forte Koup, Optima Hybrid, Sorento, Soul, and Sportage models from 2011–2015 model years, and Kia will replace engines in some cases.

BY LAURA SKY BROWN    DEC 6, 2020



PLAINTIFF'S EXHIBIT 7

- Kia Motors America is recalling 294,756 U.S.-market vehicles over the potential for an engine-compartment fire.

- The National Highway Traffic Safety Administration (NHTSA) says in its recall report that the cause of the problem is "undetermined" but that dealers will look for fuel and/or engine oil leaks and may replace engines if necessary.

- Vehicles included are the 2011–2013 Optima Hybrid, 2012 Sportage, 2012–2013 Sorento, 2012–2015 Forte and Forte Koup, and 2014–2015 Soul.

Case 1:21-cv-01814-MLB Document 41-4 Filed 06/15/21 Page 2 of 6

Kia Motors America and the National Highway Traffic Safety Administration (NHTSA) have announced the recall of nearly 295,000 vehicles over a problem that could lead to engine-compartment fires. NHTSA's recall report states that owners of potentially affected Kia models should be alert for "engine noise, illumination of check-engine light [or] low-oil light, fuel smell, burning smell, oil leaking, smoke." However, NHTSA said, there has been no manufacturing or design defect identified yet, and Kia is recalling the vehicles as a "preventative measure to mitigate any unreasonable fire risk."

### RECENT HYUNDAI/KIA RECALL STORIES


Hyundai, Kia Fined over Engine Recall Response


Hyundai Recalls 129,000 Vehicles for Engine Issues


Kia Recalls 308,000 Vehicles for Fire Risk

Vehicles listed in the NHTSA Safety Recall Report are the 2011–2013 Optima Hybrid, 2012 Sportage, 2012–2013 Sorento, and 2012–2013 Forte and Forte Koup with the 2.4-liter Theta II engine; and the 2014–2015 Forte, Forte Koup, and Soul with the 2.0-liter Nu engine.

Kia will notify owners starting on January 27, 2021. Dealers will inspect the engine compartments of affected vehicles, make repairs, and potentially replace engines. Kia also intends to carry out a software update to add a Knock Sensor Detection System

as soon as possible, and the NHTSA report states that Kia will provide 15-year/150,000-mile warranty coverage for engine repairs needed "due to connecting-rod bearing damage." Kia will also reimburse owners for any repair expenses already incurred related to the problem, NHTSA's report says.

Owners of potentially affected Kia models can check the **NHTSA recalls website** or Kia's **owner website** for more details.

## Ready to ride shotgun with us?

Sign up for the smartest car news out there.

| What's your email address? | LET'S GO |
|---|---|

**WATCH NEXT**

MORE FROM

# RECALLS

Subaru Recalls 466,000 Vehicles for Ignition Issue

Porsche Recalls 2021 Cayman, Boxster, 718 Spyder

ADVERTISEMENT - CONTINUE READING BELOW

100K More Hyundai and Genesis Cars in Fire Recall

Honda, Acura Recall 628K Vehicles for Fuel Pumps

Hyundai Recalls Genesis Sedans, G80 for Fire Risk

Kia Recalls 308,000 Vehicles for Fire Risk

Automakers Delay Recalls to Minimize Attention

### NHTSA Looks into Toyota RAV4 Battery Fire Reports

### Mercedes Recalls 1.3 Million Vehicles to Fix eCall

### Jeep Recalls 43,000 Manual Wranglers, Gladiators

| | |
|---|---|
| Newsletter | Contact Us |
| How We Test Cars | Hearst Autos |
| Subscribe | Give a Gift |
| Customer Service | RSS Feed |



## Hearst Autos - A Part of Hearst Digital Media

A Part of Hearst Digital Media

We may earn a commission for purchases made through our links.

©2021 Hearst Autos, Inc. All Rights Reserved.

Privacy Notice/Notice at Collection    Your California Privacy Rights    Interest-Based Ads    Terms of Use

Do Not Sell My Personal Information