Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
Elizabeth Smiley (SBN 318165)
esmiley@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone:(818) 839-2333
Facsimile: (214) 520-1181

Elizabeth Cabraser (SBN 83151)
ecabraser@lchb.com
Nimish R. Desai (SBN 244953)
ndesai@lchb.com
**LIEFF CABRASER HEIMANN
AND BERNSTEIN, LLP**
275 Battery St., 29th Fl
San Francisco, CA 94111-3339
Telephone: 415-956-1000
Facsimile: 415-956-1008

David Stellings
dstellings@lchb.com
**LIEFF CABRASER HEIMANN
AND BERNSTEIN, LLP**
250 Hudson Street, 8th Fl
NY, NY 10012
Telephone: 212-355-9500
Facsimile: 212-355-9592

Attorneys for Plaintiffs Michael
Hernandez & Tammy Tyler,
individually, and on behalf of other
members of the public similarly
situated

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL HERNANDEZ & TAMMY TYLER, individually, and on behalf of other members of the public similarly situated,<br><br>       Plaintiffs,<br><br>       vs.<br><br>HYUNDAI MOTOR AMERICA, INC., a Delaware corporation, KIA MOTOR AMERICA, INC., a Delaware corporation, and ZF TRW AUTOMOTIVE HOLDINGS CORP., a Delaware corporation,<br>       Defendants. | Case No.:<br><br>**CLASS ACTION COMPLAINT** |



PLAINTIFF'S EXHIBIT
A